UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WALTER J. BECINSKI,

          Plaintiff,

       v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

          Defendant.

CASE NO. C10-5289RBL

ORDER

    The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Defendant's motion to dismiss is GRANTED, plaintiff's claims and causes of action are DISMISSED; and

    (3)    The Clerk is directed to send copies of this Order to counsel of record.

    DATED this 21st day of September, 2010.

*[signature]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1