# United States District Court

WESTERN DISTRICT OF WASHINGTON

WALTER J. BECINSKI,

      v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

JUDGMENT IN A CIVIL CASE

CASE NO. C10-5289RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)    The Court adopts the Report and Recommendation; and

(2)    Defendant's motion to dismiss is GRANTED, plaintiff's claims and causes of action are DISMISSED.

| September 22, 2010 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

                                                         *s / Mary Trent*
                                                        Deputy Clerk